**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 14, 2006
Decided April 19, 2006

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **No.** 05-2775 **v.** | | |
| AURELIO RODRIGUEZ-OLGUIN, *Defendant-Appellant*. | | No. 03 CR 1203 Ruben Castillo, *Judge*. |

**Order**

The principal issue presented by this appeal has been resolved recently by *United States v. Martinez-Martinez*, No. 05-2713 (7th Cir. Mar. 23, 2006), and *United States v. Galicia-Cardenas*, No. 05-3093 (7th Cir. Mar. 24, 2006). Although Rodriguez-Olguin contends that the district judge did not discuss adequately the question whether fast-track programs in other districts produce unacceptable disparity in sentencing, and therefore failed to consider the factors specified by 18 U.S.C. §3553(a), there is no need to give either weight or extended treatment to a consideration that, we held in *Martinez-Martinez* and *Galicia-Cardenas*, does not justify a reduced sentence. The district court adequately considered those factors that matter to the sentence. See *United States v. Mykytiuk*, 415 F.3d 616 (7th Cir. 2005); *United States v. Dean*, 414 F.3d 725 (7th Cir. 2005). The judgment therefore is affirmed.